UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LONNIE T. CHARETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-242-B-W |
| | ) | |
| CONNIE M. JACKSON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 27, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Dismiss filed by the United States (Docket # 7) be and hereby is GRANTED based upon lack of subject matter jurisdiction.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 17th day of September, 2009